Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC AIR, INC. and CATLIN INSURANCE COMPANY, INC.<br><br>Plaintiffs<br><br>v.<br><br>HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership; HELICOPTER TECHNOLOGY CORPORATION, a California corporation, General Partner for HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; HELICOPTER TECHNOLOGY COMPANY, LLC, a foreign limited liability company and/or d/b/a of HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; and MD HELICOPTERS, INC., and Arizona corporation, and JOHN DOES 1 though 10,<br><br>Defendants. | NO. 2-17-cv-01257-RSL<br><br>ORDER ON STIPULATED MOTION ON BRIEFING SCHEDULE<br><br>[PROPOSED] |

ORDER ON STIPULATED MOTION ON BRIEFING SCHEDULE
(No.2:17-cv-01257-RSL)- 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

This matter came before the Court on the Parties' Stipulated Motion on Briefing Schedule. The Court having reviewed the file and records herein and being otherwise advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that MD Helicopters, Inc. will re-note its Motion to Dismiss for January 19, 2018, and any opposition to MD Helicopters, Inc.'s Motion to Dismiss Dkt. # 11 will be due on January 12, 2018.

DATED: Nov. 21, 2017.

_____
Honorable Robert S. Lasnik
United States District Judge

Presented by:

| HARRIGAN LEYH FARMER THOMSEN | & | MILLS MEYERS SWARTLING P.S. |
|---|---|---|
| Attorneys for Plaintiffs | | Attorneys for Defendant MD Helicopters, Inc. |

By: /s/Charles Jordan
   11/17/2017 E-mail Authority
   Charles Jordan
   WSBA No. 19206
   Michelle Buhler
   WSBA No. 16235
NORTHCRAFT, BIGBY & BIGGS
Attorneys for Defendants Helicopter Technology Company and Helicopter Technology Corporation

By: /s/Caryn Geraghty Jorgensen
   Caryn Geraghty Jorgensen
   WSBA No. 27514
   John Fetters
   WSBA No. 40800

MORRISON & FOERSTER LLP
Attorneys for Defendant MD Helicopters, Inc.

By: /s/Mark S. Northcraft
   11/17/2017 E-mail Authority
   Mark S. Northcraft
   WSBA No. 7888

William V. O'Connor, Admitted *Pro Hac Vice*
Andrew D. Barr, Admitted *Pro Hac Vice*

ORDER ON STIPULATED MOTION ON BRIEFING SCHEDULE
(No.2:17-cv-01257-RSL)- 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343