Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OLYMPIC AIR, INC. and CATLIN INSURANCE COMPANY, INC.<br><br>Plaintiffs<br><br>v.<br><br>HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership, et al.,<br><br>Defendants. | NO. 2-17-cv-01257-RSL<br><br>ORDER ON STIPULATED NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>[PROPOSED] |

This matter came before the Court on the Parties' Stipulated Notice of Withdrawal and Substitution of Counsel. The Court having reviewed the file and records herein and being otherwise advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that the Andrew D. Barr and the law firm of Morrison and Foerster LLP is terminated as counsel of record for Defendant MD Helicopters, Inc. and William V. O'Connor now with the law firm Cooley LLP will remain as counsel of record for Defendant MD Helicopters, Inc.

ORDER ON STIPULATED NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL (No. 2:17-cv-01257-RSL)- 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

DATED: Feb. 2, 2018.

///s/ Lasnik///
Honorable Robert S. Lasnik
United States District Judge

Presented by:

| MORRISON & FOERSTER LLP | COOLEY, LLP |
|---|---|
| Withdrawing Attorneys for MD Helicopters, Inc. | Substituting Attorneys for MD Helicopters, Inc. |

By: /s/William V. O'Connor
    1/30/2018 E-mail Authority
    William V. O'Connor
    Admitted *Pro Hac Vice*
    Andrew D. Barr
    Admitted *Pro Hac Vice*

By: /s/William V. O'Connor
    1/30/2018 E-mail Authority
    William V. O'Connor
    Admitted *Pro Hac Vice*

HARRIGAN LEYH FARMER & THOMSEN
Attorneys for Plaintiff Olympic Air, Inc. and Catlin Insurance Company, Inc.

MILLS MEYERS SWARTLING P.S.
Attorneys for Defendant MD Helicopters, Inc.

By: /s/Caryn Geraghty Jorgensen
    Caryn Geraghty Jorgensen
    WSBA No. 27514
    John Fetters
    WSBA No. 40800

By: /s/Charles Jordan
    1/31/2018 E-mail Authority
    Charles Jordan
    WSBA No. 19206
    Michelle Buhler
    WSBA No. 16235

NORTHCRAFT, BIGBY & BIGGS
Attorneys for Defendants Helicopter Technology Company and Helicopter Technology Corporation

By: /s/Mark S. Northcraft
    1/31/2018 E-mail Authority
    Mark S. Northcraft
    WSBA No. 7888

ORDER ON STIPULATED NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL (No. 2:17-cv-01257-RSL)- 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343