HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC AIR, INC.; CATLIN INSURANCE COMPANY, INC.; WILLIAM G. REED and MARY E. REED, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership; HELICOPTER TECHNOLOGY CORPORATION, a California corporation, General Partner for HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; HELICOPTER TECHNOLOGY COMPANY, LLC, a foreign limited liability company and/or d/b/a of HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; MD HELICOPTERS, INC., an Arizona corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. NO. 2:17-CV-01257 RSL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST CONSOLIDATED COMPLAINT FOR DAMAGES |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO AMEND FIRST
CONSOLIDATED COMPLAINT - 1
[Case No. NO. 2:17-CV-01257 RSL]

3284 nd180902

*Law Offices Of*
**Krutch, Lindell, Bingham, Jones, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505 FAX: (206) 467-1823

THIS MATTER having come on regularly before the Court on Plaintiffs' Motion For Leave To File Amended Consolidated Complaint.

This Court having considered the files and records herein, and it appearing to the Court that this motion is unopposed by the Defendants and being otherwise advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiffs be, and hereby are, granted leave to amend their Consolidated Complaint For Damages in the form attached as Attachment A to Plaintiffs' Motion For Leave To File Amended Consolidated Complaint For Damages, and file their First Amended Consolidated Complaint For Damages.

Signed this 7th day of May, 2018.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED DISTRICT COURT JUDGE

Presented By:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: /s/ Thomas W. Bingham
Thomas W. Bingham, WSBA # 7575
Jeffrey C. Jones, WSBA #7670
James Nathan Bingham, WSBA #46325

600 University Street, Suite 1701
Seattle, WA 98101-3079
Tel: (206) 682-1505
Fax: (206) 467-1823
twb@krutchlindell.com
jcj@krutchlindell.com
jnb@krutchlindell.com

*Attorneys for Plaintiffs William G. Reed and Mary E. Reed*

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO AMEND FIRST
CONSOLIDATED COMPLAINT - 2
[Case No. NO. 2:17-CV-01257 RSL]
3284 nd180902

*Law Offices Of*
**Krutch, Lindell, Bingham, Jones, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505  FAX: (206) 467-1823

1  HARRIGAN LEYH FARMER & THOMSEN LLP

2  By    /s/ Charles S. Jordan
       Charles S. Jordan, WSBA #19206
3      999 Third Avenue, Suite 4400
       Seattle, WA 98104
4      Tel: 206-623-1700
5      Email: chipj@harriganleyh.com

6  *Counsel for Plaintiffs Olympic Air, Inc.
   and Catlin Insurance Company, Inc.*
7
   By    /s/ Michelle Buhler
8      Michelle Buhler, WSBA #16235
       999 Third Avenue, Suite 4400
9      Seattle, WA 98104
10     Tel: 206-623-1700
       Email: michelleb@harriganleyh.com
11
   *Counsel for Plaintiffs Olympic Air, Inc.
12  and Catlin Insurance Company, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO AMEND FIRST
CONSOLIDATED COMPLAINT - 3
[Case No. NO. 2:17-CV-01257 RSL]
3284 nd180902

*Law Offices Of*
**Krutch, Lindell, Bingham, Jones, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505 FAX: (206) 467-1823