The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC AIR, INC. and CATLIN INSURANCE COMPANY, INC., <br><br>  Plaintiffs, <br> vs. <br><br> HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership; HELICOPTER TECHNOLOGY CORPORATION, a California corporation, General Partner for HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; HELICOPTER TECHNOLOGY COMPANY, LLC, a foreign limited liability company and/or d/b/a of HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; and MD HELICOPTERS, INC., an Arizona corporation, and DOES 1 through 10, <br><br>  Defendants. | No. 2:17-cv-01257-RSL <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS |
| WILLIAM G. REED and MARY E. REED, husband and wife, and the marital community composed thereof, <br><br>  Plaintiffs, <br> vs. | |

[Proposed] ORDER GRANTING STIPULATED MOTION TO STAY
PROCEEDINGS - 1
[2:17-CV-01257-RSL]

*Law Offices Of*
**KRUTCH LINDELL BINGHAM JONES, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101-3303
(206) 682-1505  FAX: (206) 467-1823

| | |
|---|---|
| 1 | HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership; HELICOPTER TECHNOLOGY CORPORATION, a California corporation, General Partner for HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; HELICOPTER TECHNOLOGY COMPANY, LLC, a foreign limited liability company and/or d/b/a of HELICOPTER TECHNOLOGY COMPANY, Limited Partnership; and MD HELICOPTERS, INC., an Arizona corporation, and JOHN DOES 1 through 10, |
| | Defendants. |

THIS MATTER, having come before the Court upon the Stipulated Motion to Stay Proceedings submitted by the parties hereto, it is hereby ORDERED that the Motion is GRANTED, and all activity in these consolidated cases is stayed for a period of sixty (60) days. This stay includes, without limitation, all deadlines, discovery, briefing, hearing, decisions, and orders. IT IS SO ORDERED.

DATED this 31st day of January, 2020.

_____
ROBERT S. LASNIK
United States District Judge

[Proposed] ORDER GRANTING STIPULATED MOTION TO STAY
PROCEEDINGS - 2
[2:17-CV-01257-RSL]

*Law Offices Of*
**KRUTCH LINDELL BINGHAM JONES, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101-3303
(206) 682-1505   FAX: (206) 467-1823

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: /s/ *James T. Anderson*
    Thomas W. Bingham, WSBA #7575
    Jeffrey C. Jones, WSBA #7670
    James T. Anderson, WSBA #40494
    James Nathan Bingham, WSBA #46325

    600 University Street, Suite 1701
    Seattle, WA 98101-3079
    Tel: (206) 682-1505
    Fax: (206) 467-1823
    twb@krutchlindell.com
    jcj@krutchlindell.com
    jta@krutchlindell.com
    jnb@krutchlindell.com

*Attorneys for Plaintiffs William G. Reed and Mary E. Reed*

HARRIGAN LEYH FARMER & THOMSEN LLP

    /s/ *James T. Anderson*, WSBA No. 40494, for
By  Charles S. Jordan
    Charles S. Jordan, WSBA #19206
    Michelle Buhler, WSBA #16235
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: 206-623-1700
    Email: chipj@harriganleyh.com
    Email: michelleb@harriganleyh.com

*Attorneys for Plaintiffs Olympic Air, Inc.*
*and Catlin Insurance Company, Inc.*

[Proposed] ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS - 3
[2:17-CV-01257-RSL]

*Law Offices Of*
**KRUTCH LINDELL BINGHAM JONES, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101-3303
(206) 682-1505  FAX: (206) 467-1823

NORTHCRAFT BIGBY PC

By <u>/s/ James T. Anderson, WSBA No. 40494, for Mark S. Northcraft</u>
Mark S. Northcraft, WSBA #7888
Christina J. Weidner, WSBA #54305
819 Virginia Street, Suite C-2
Seattle, WA 98101
Tel: 206-623-0229
Email: mark_northcraft@northcraft.com
Email: christina_weidner@northcraft.com

*Attorneys for Defendants Helicopter Technology*

[Proposed] ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS - 4
[2:17-CV-01257-RSL]

*Law Offices Of*
**KRUTCH LINDELL BINGHAM JONES, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101-3303
(206) 682-1505  FAX: (206) 467-1823