UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC AIR, INC.; CATLIN INSURANCE COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HELICOPTER TECHNOLOGY COMPANY, et al., <br><br> Defendants. <br><br> WILLIAM G. REED and MARY E. REED, <br><br> Plaintiffs, <br><br> v. <br><br> HELICOPTER TECHNOLOGY COMPANY, et al., <br><br> Defendants. | Case No. C17-1257-RSL <br><br> ORDER DENYING MOTION FOR A FINDING OF CONTEMPT |

This matter comes before the Court on plaintiffs William G. Reed and Mary E. Reed's "Cross Motion for a Finding of Contempt Re This Court's Order Compelling Discovery." (Dkt. # 130). Having reviewed the submissions of the parties and the remainder of the record, the Court finds as follows:

On September 27, 2021, the Court granted the Reeds' motion to dismiss their claims with prejudice and entered judgment dismissing their claims because they had settled their claims against their only remaining defendant, Helicopter Technology Company. See Dkts. # 157

ORDER DENYING MOTION FOR A FINDING OF
CONTEMPT - 1

(Order), # 158 (Judgment).  The Reeds were consequently terminated as parties to the case as of the same date.

The Reeds brought the instant motion.  See Dkt. # 130 at 2.  The remaining plaintiffs, Olympic Air, Inc. and Catlin Insurance Company, Inc. did not join this motion.  Because the moving parties have settled, the Court concludes that the motion is moot.  See Riverhead Sav. Bank v. Nat'l Mortg. Equity Corp., 893 F.2d 1109, 1112 (9th Cir. 1990).

For all of the foregoing reasons, IT IS HEREBY ORDERED that the Reeds' Cross Motion for a Finding of Contempt Re This Court's Order Compelling Discovery (Dkt. # 130) is DENIED as moot, without prejudice to the remaining plaintiffs' ability to raise the issue in their own motions.

DATED this 18th day of March, 2022.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR A FINDING OF
CONTEMPT - 2