THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLYMPIC AIR, INC. and CATLIN INSURANCE COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HELICOPTER TECHNOLOGY COMPANY, et al., <br><br> Defendants. | NO. 2:17-cv-01257 RSL <br><br> STIPULATION AND ORDER OF DISMISSAL |
| WILLIAM G. REED and MARY E. REED, husband and wife, and the marital community composed thereof, <br><br> Plaintiffs, <br><br> v. <br><br> HELICOPTER TECHNOLOGY COMPANY, et al., <br><br> Defendants. | |

## STIPULATION

Plaintiffs OLYMPIC AIR, INC. and CATLIN INSURANCE COMPANY, INC. and defendants HELICOPTER TECHNOLOGY COMPANY, Limited Partnership, a Nevada Limited Partnership; HELICOPTER TECHNOLOGY CORPORATION, a California corporation, General

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. 2:17-cv-01257 RSL

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Partner for HELICOPTERTECHNOLOGY COMPANY, Limited Partnership; HELICOPTER TECHNOLOGY COMPANY, LLC, a foreign limited liability company and/or d/b/a of HELICOPTERTECHNOLOGY COMPANY, Limited Partnership, by and through their attorneys, stipulate that all claims herein by the foregoing Plaintiffs against the foregoing Defendants have been fully settled and compromised and may be dismissed with prejudice and without an award of costs or fees to any party.

    IT IS SO STIPUALTED.

    DATED this 11th day of January 2023.

    HARRIGAN LEYH FARMER & THOMSEN LLP

    By: *s/ Charles Jordan*
        Charles Jordan, WSBA #19206
        Michelle Buhler, WSBA #16235
        999 Third Avenue, Suite 4400
        Seattle, WA 98104
        Tel: 206-623-1700
        Email:   chipj@harriganleyh.com;
                  michelleb@harriganleyh.com
        Attorneys for Plaintiffs Olympic Air, Inc. and
        Catlin Insurance Company, Inc.

    NORTHCRAFT BIGBY PC

    By: *s/ Mark S. Northcraft*
        Mark S. Northcraft, WSBA #7888
        819 Virginia St., Ste C-2
        Seattle, WA 98101
        Tel: 206-623-0229
        Email:   mark_northcraft@northcraft.com
        Attorneys for Defendants Helicopter Technology
        Company LLC and Helicopter Corporation

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. 2:17-cv-01257 RSL

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# ORDER

IT IS HEREBY ORDERED that this action, including all claims, counterclaims and cross-claims as to Plaintiffs Olympic Air, Inc. and Catlin Insurance Company, Inc. and Defendants Helicopter Technology Company LLC and Helicopter Corporation, are DISMISSED with prejudice and without an award of costs or fees to either party.

IT IS SO ORDERED.

DATED this 12th day of January, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Charles Jordan*
Charles Jordan, WSBA #19206
Michelle Buhler, WSBA #16235
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: 206-623-1700
Email: chipj@harriganleyh.com; michelleb@harriganleyh.com

Attorneys for Plaintiffs Olympic Air, Inc. and Catlin Insurance Company, Inc.

NORTHCRAFT BIGBY PC

By: *s/ Mark S. Northcraft*
Mark S. Northcraft, WSBA #7888
819 Virginia St., Ste C-2
Seattle, WA 98101
Tel: 206-623-0234
Email: mark_northcraft@northcraft.com

Attorneys for Defendants Helicopter Technology Company LLC and Helicopter Corporation

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. 2:17-cv-01257 RSL

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717